AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF    NEVADA

AMY MARCH, aka AMY CARNAZZO,

      Plaintiff,  
  V.

PINNACLE MORTGAGE OF NEVADA, LLC, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-319-RCJ-VPC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the [42] Motion for Summary Judgment on the Seventh and Ninth Claims is GRANTED in its entirety with prejudice.

| | |
|---|---|
| February 24, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |